UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF WELDON MARTIN HANBERG,<br><br>Plaintiff,<br>v.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN,<br><br>Defendant. | CASE NO. 2:25-cv-00264-LK<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulated Motion to Dismiss. Dkt. No. 30. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice and without an award of fees or costs to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, the Court DENIES as moot Plaintiff's pending Motion for Partial Summary Judgment. Dkt. No. 16.

Dated this 23rd day of May, 2025.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1